IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cobbins, Cardelia

Printed: 10/23/07

Case Number: 05 B 13891
Judge: Hollis, Pamela S
Filed: 4/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 5, 2007
Confirmed: July 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,014.07 |  |
| Secured: |  | 9,337.28 |
| Unsecured: |  | 8,873.67 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 992.36 |
| Other Funds: |  | 2,810.76 |
| Totals: | 22,014.07 | 22,014.07 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 6,923.47 | 3,165.46 |
| 3. | Drive Financial Services | Secured | 3,844.64 | 3,844.64 |
| 4. | Cook County Treasurer | Secured | 5,089.96 | 2,327.18 |
| 5. | Drive Financial Services | Unsecured | 688.78 | 2,735.43 |
| 6. | Commonwealth Edison | Unsecured | 137.03 | 544.19 |
| 7. | Cavalry Portfolio Services | Unsecured | 303.37 | 1,204.82 |
| 8. | Jefferson Capital | Unsecured | 265.74 | 1,055.35 |
| 9. | Arrow Financial Services | Unsecured | 184.13 | 731.26 |
| 10. | Verizon Wireless | Unsecured | 525.03 | 2,085.11 |
| 11. | Nicor Gas | Unsecured | 130.31 | 517.51 |
| 12. | Bank One | Unsecured |  | No Claim Filed |
| 13. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 14. | Gottlieb Memorial Hospital | Unsecured |  | No Claim Filed |
| 15. | George D DiTola DDS | Unsecured |  | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 18. | Issac I Cohen MD | Unsecured |  | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 20. | Oxford Collection Service | Unsecured |  | No Claim Filed |
| 21. | Rush University | Unsecured |  | No Claim Filed |
| 22. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 23. | University of Illinois | Unsecured |  | No Claim Filed |
| 24. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 25. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cobbins, Cardelia

Printed: 10/23/07

Case Number: 05 B 13891
Judge: Hollis, Pamela S
Filed: 4/13/05

| | | | |
|---|---|---|---|
| 26. Village Of Bellwood | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 18,092.46 | $ 18,210.95 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 49.56 |
| 5.5% | 223.91 |
| 5% | 45.51 |
| 4.8% | 43.19 |
| 5.4% | 630.19 |
| | _____ |
| | $ 992.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_